**STPD**
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
**EDWARD M. BERNSTEIN & ASSOCIATES**
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-4000
Fax:    (702) 385-4640
Porme@EdBerstein.com
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MONICA COOLBAUGH and RICHARD COOLBAUGH,<br><br>Plaintiffs,<br><br>vs.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC, a foreign limited liability company dba Outback Steakhouse; PRIVATE RESTAURANT PROPERTIES, LLC, a foreign limited liability company; et al,<br><br>Defendants. | CASE NO.:   2:10-cv-00811-RLH-RJJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, MONICA COOLBAUGH and RICHARD COOLBAUGH, by and through their attorneys of record, PATRICK ORME, ESQ., of the law firm of EDWARD M. BERNSTEIN & ASSOCIATES, and Defendants, OUTBACK STEAKHOUSE OF FLORIDA, LLC, and PRIVATE RESTAURANT PROPERTIES, LLC, by and through their attorneys of record, Chelsea Pyasetskyy, Esq. of the law firm of BARRON & PRUITT, LLP, stipulate and agree that this action, including all claims against all Defendants, shall be dismissed, with prejudice, each party to bear its own fees and costs.

There is no trial date set in this matter, but here are the discovery dates on calendar that can be vacated:

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

| | |
|---|---|
| Discovery deadline | January 27, 2011 |
| Dispositive motions deadline | February 28, 2011 |
| Joint Pre-trial Order deadline | April 25, 2011 |

DATED November 24, 2010

EDWARD M. BERNSTEIN & ASSOCIATES

By: /s/ Patrick Orme
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
500 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

DATED November 29th, 2010

BARRON & PRUITT

By: /s/ Chelsea Pyasetskyy
CHELSEA PYASETSKYY, ESQ.
Nevada Bar No. 11688
3890 W. Ann Rd.
North Las Vegas, NV 89031
Attorneys for Defendants

## ORDER DISMISSING ACTION

IT IS SO ORDERED that the above-entitled action be dismissed with prejudice, each party to bear their own fees and costs, and the discovery dates on calendar be vacated.

DATED this 3rd day of December, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

EDWARD M. BERNSTEIN & ASSOCIATES

By: /s/ Patrick Orme
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
500 South Fourth Street
Las Vegas, Nevada 89101
Porme@EdBerstein.com
Attorneys for Plaintiffs

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

2